UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO JAVIER ROBLES, et al., <br><br> Defendants. | Case No.: 13-CV-00660-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court continues the Case Management Conference scheduled for November 6, 2013, at 2 p.m. to December 18, 2013, at 2 p.m. The parties shall file an updated Joint Case Management Statement by December 11, 2013.

**IT IS SO ORDERED.**

Dated: October 31, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00660-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE